CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

> 60 South Market Street, Suite 1200
> San Jose, California 95113
> Telephone: (408) 535-5061
> FAX: (408) 535-5081
> sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:26-mj-70940-MAG |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| v. | |
| ZIHENG FANG, a/k/a "Tony" Fang, | |
| Defendant. | |

The United States, by and through its counsel, Assistant United States Attorney Sarah E. Griswold, moves this Court for an order modifying Defendant Ziheng Fang's conditions of release.

Undersigned counsel has been advised by San Jose State University (SJSU) staff that SJSU has initiated student conduct proceedings against the Defendant. Supervisory U.S. Pretrial Services Officer Kim Do advised the undersigned that the Defendant was unsure if he could attend virtual student conduct proceedings in light of his conditions of release. One of those conditions is "Defendant may not enter any California State University campus and may not attend any California State University activity, including off-campus activities." (Dkt. No. 10.)

UNOPP'D MOT. MODIFY REL. CONDS.
5:26-mj-70940-MAG                                    1

In order to make clear that the Defendant can virtually attend student conduct proceedings, the United States proposes that the condition quoted above be modified to read: "Defendant may not enter any California State University campus and may not attend any California State University activity, including off-campus activities, except that he may virtually attend any student conduct proceedings." Defense counsel William Pernick and Supervisory U.S. Pretrial Services Officer Do advised the undersigned that they agree to this modification.

DATED: July 23, 2026                                  Respectfully submitted,

                                                      CRAIG H. MISSAKIAN
                                                      United States Attorney


                                                      _____/s/_____
                                                      SARAH E. GRISWOLD
                                                      Assistant United States Attorney


                              **[PROPOSED] ORDER**

Based upon the facts set forth above and for good cause shown, the Court HEREBY MODIFIES Defendant Ziheng Fang's release conditions as follows:

"Defendant may not enter any California State University campus and may not attend any California State University activity, including off-campus activities" IS HEREBY MODIFIED to "Defendant may not enter any California State University campus and may not attend any California State University activity, including off-campus activities, except that he may virtually attend any student conduct proceedings."

IT IS SO ORDERED.


DATED: _____                              _____
                                                      HON. NATHANAEL M. COUSINS
                                                      Chief Magistrate Judge


UNOPP'D MOT. MODIFY REL. CONDS.
5:26-mj-70940-MAG                          2